UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**AMIN LAKHANI**,
    Plaintiff,
vs.

**200 E FLAGLER DEVELOPMENT LLC**, et. al
    Defendants.

Case No.: 23-cv-24355-FAM

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendants, 200 E FLAGLER DEVELOPMENT LLC, J & H HOSPITALITY LLC d/b/a "Julia & Henry's Feast Miami" a/k/a "Boxelder" a/k/a "The Lasseter" a/k/a "La Epoca Bar", MENSCH DOWNTOWN LLC d/b/a "Mensch", YABAI DOWNTOWN LLC d/b/a "Yabai", SANKUAY LLC d/b/a "Sankuay", HITCHIHAIKA DOWNTOWN LLC d/b/a "Hitchi Haika" a/k/a "Hitchihaika", LITTLE RIVER FOOD SERVICES LLC d/b/a "Palmar", SHIMUJA MIAMI, LLC d/b/a "Shimuja", JUNE DOWNTOWN LLC d/b/a "June", MICHY'S CHICKEN SHACK LLC d/b/a "Michy's Chicken Shack", TACOTOMIA DOWNTOWN MIAMI LLC d/b/a "Tacotomia", EPICUREAN CATERING, LLC d/b/a "The Epicurean", CICCHETTI DOWNTOWN LLC d/b/a "Cicchetti", and LA LATINA DOWNTOWN LLC d/b/a "La Latina", by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Ignacio M. Alvarez |
| Glenn R. Goldstein (FBN: 55873) | Ignacio M. Alvarez (FBN: 40572) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | ALGO Law Firm, LLLP |
| 8101 Biscayne Blvd., Ste. 504 | 815 Ponce de Leon Blvd., Ste 101 |
| Miami, Florida 33138 | Coral Gables, FL 33134 |
| 561.573.2106 | (305) 712-1876 |
| GGoldstein@G2Legal.net | IMAlvarez@ALGOFirm.com |